IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ASA ROBERTS #10024-055                                        PLAINTIFF

VS.                                    CIVIL ACTION NO.   5:11cv62-DCB-RHW

VINCE LAUGHLIN                                                DEFENDANT

ORDER

This cause came on this date to be heard upon the Report and

Recommendation of the United States Magistrate Judge, after referral of

hearing by this Court, and the Court, having fully reviewed the Report

and Recommendation of the United States Magistrate Judge entered in this

cause, and being duly advised in the premises, finds that said Report

and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of

United States Magistrate Judge Robert H. Walker be, and the same is

hereby, adopted as the finding of this Court, and Roberts' Petition for

habeas relief should be dismissed with prejudice.

A separate judgment will be entered herein in accordance with the

Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the   13th   day of July, 2012.


                                    s/David Bramlette
                                  UNITED STATES DISTRICT JUDGE